UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, an individual, | No. 2:23-CV-4370-JAK (Ex) |
| Plaintiff, | |
| v. | **ORDER RE STIPULATION FOR BRIEF EXTENSION OF BRIEFING DEADLINES IN CONNECTION WITH DEFENDANTS' MOTION TO DISMISS (DKT. 14)** |
| JONATHAN MAHBOUBI-FARDI a/k/a JONATHAN MAHBOUBI, an individual, DARYOUSH MAHBOUBI-FARDI a/k/a DARYOUSH MAHBOUBI, an individual, EDNA MAHBOUBI-FARDI a/k/a MAHIE MAHBOUBI-FARDI, a/k/a EDNA MAHBOUBI, an individual, N VISION MANAGEMENT, LLC a Delaware Corporation; and DOES 1-10, inclusive, | |
| Defendants. | |

1  Based on a review of the Stipulation for Brief Extension of Briefing Deadlines
2  in Connection with Defendants' Motion to Dismiss (the "Stipulation" (Dkt. 11)),
3  sufficient good cause has been shown for the requested relief. Therefore, the
4  Stipulation is **APPROVED**.
5  Plaintiff's Opposition Brief shall be due October 19, 2023. Defendant's Reply
6  Brief shall be due October 27, 2023.

**IT IS SO ORDERED.**

October 19, 2023
Date

John A. Kronstadt
United States District Judge